# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160205 & (11)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

JARED JINES,
　　　　　Defendant-Appellant.

SC:  160205
COA:  349675
Saginaw CC:  16-042366-FH

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 13, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2019



Clerk

s0924